ROCCO L. MONTESANO et al., Respondents, v. PAULINE GERBINO, Appellant.—

The parties are owners of adjoining properties, on each of which is a dwelling with a garage in the rear. Between the houses is a paved driveway, approximately 13 feet 4 inches at its widest and 12 feet 8 inches at its narrowest, the property line running in the middle. In our opinion, the evidence was insufficient to establish adverse user by plaintiffs and their predecessors in title for 15 years or more (*Jacobs* v. *Lewicki*, 12 A D 2d 625, affd. 10 N Y 2d 778; *Kopp* v. *Niemetz*, 11 A D 2d 739). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

PURITAN PETROLEUM PRODUCTS, INC., Respondent, v. INLAND BROKERAGE CORPORATION et al., Appellants.—

The record discloses no basis for the granting of a preference under rule 151 of the Rules of Civil Practice. Nor does rule 10a of the Richmond County Supreme Court Rules authorize the granting of a preference under the circumstances here. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL BARNES, Appellant.—

No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.